# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERIC FLORES,

*Plaintiff*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

*Defendant*

Civil Action No. 2:14-CV-33-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☑ other: Plaintiff's Complaint is dismissed with prejudice pursuant to the Order Dismissing Complaint With Prejudice filed February 11, 2014, ECF No. 7.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: February 11, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas